# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Christ Commanded<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Bureau of Land Management-Nevada State Office<br><br>　　　　　Defendant. | Case No. 2:25-cv-1983-GMN-BNW<br><br>**ORDER** |

Before the Court is Plaintiff's application to proceed *in forma pauperis* (IFP). ECF No. 4. Rev. Dr. Jake Beard appears to have submitted the application to proceed *in forma pauperis* on behalf of Plaintiff Christ Commanded, a church. *See id.* Congress intended the statute authorizing IFP to be applicable only to natural persons rather than to corporate entities such as a church. *See Rowland v. California Men's colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993).

Here, Rev. Beard appears to be representing Christ Commanded, a non-profit corporate entity, as its president and authorized signatory. ECF No. 1-1. Since only natural persons can proceed IFP, this Court denies Plaintiff's application with leave to refile.

Additionally, this Court notes that corporate entities may appear in federal court only with a licensed attorney. *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). "The rule requiring corporations to have counsel rather than to proceed in litigation pro se applies even if the corporation is a non-profit corporation." *Her Oceans v. Cmty. Outreach Behav. Servs., Inc.*, No. 1:21-cv-00198-DCN, 2021 WL 3172914 at \*1 (D. Idaho, July 27, 2021). Because non-profit corporate entities must be represented by a licensed attorney to appear in federal court, Rev. Beard, who is not a licensed attorney, may not represent Christ Commanded.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 4) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that if Rev. Beard wishes to refile the application to proceed IFP on his own behalf, he must refile the application by December 4, 2025.

DATED: November 4, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE