**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAKE DAVID BEARD,<br>Plaintiff,<br>vs.<br>BUREAU OF LAND MANAGEMENT – NEVADA STATE OFFICE,<br>Defendant. | Case No.: 2:25-cv-01983-GMN-BNW<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 23), of United States Magistrate Judge Brenda Weksler. On May 6, 2026, Judge Weksler dismissed Plaintiff's claims with leave to amend by June 8, 2026. (Order 3:8–14, ECF No. 21). Plaintiff neither filed an amended complaint by the deadline nor moved for an extension of time to do so. As a result, the R&R recommends that this case be dismissed without prejudice and closed. (R&R 2:22–23, ECF No. 23).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been

filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R) (setting a June 25, 2026, deadline for objections). Accordingly, the Court adopts the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 23), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this 30 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court